# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

CASE NO.:   CV-11-8550-R                               DATE: MARCH 30, 2012

TITLE: BARRY ADLER -V- KATHLEEN SEBLINS, Sec. of Health & Human Services
================================================================
PRESENT:

HON. MANUEL L. REAL, JUDGE

| William Horrell | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANT:

   Not present                                                       Not present

PROCEEDINGS: ORDER TO SHOW CAUSE why action should not be
                       dismissed for lack of prosecution


THIS MATTER IS SET ON CALENDAR FOR HEARING ON APRIL 9,

2012 AT 11:00 A.M. FOR AN ORDER TO SHOW CAUSE WHY THIS

ACTION SHOULD NOT BE DISMISSED FOR FAILURE OF PLAINTIFF

TO FILE A PROOF OF SERVICE OF SUMMONS AND COMPLAINT

ON DEFENDANT.

PRESENCE OF COUNSEL AT THE HEARING IS MANDATORY;

FAILURE TO ATTEND WILL RESULT IN DISMISSAL OF THE ACTION.




cc: counsel of record


**MINUTES FORM II**                                                                   Initials of Deputy Clerk__WH____
**CIVIL - GEN**                                         D-M