# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY ADLER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>KATHLEEN SIBELIUS,<br>Secretary of Health & Human Services,<br><br>　　　　Defendant. | Case No.  CV 11-8550 MRW<br><br>JUDGMENT |

The decision of the Medicare Appeals Council is AFFIRMED.  Judgment is hereby entered in favor of Defendant.

DATE: November 19, 2013

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE